CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Amanda Seabock, SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

Edward A. Kraus, SBN 162043
Kathryn E. Barrett, SBN 162100
SILICON VALLEY LAW GROUP
1 North Market Street, Suite 200
San Jose, CA 95113
Phone: (408) 573-5700
Fax: (408) 573-5701
eak@svlg.com
keb@svlg.com
Attorneys for Defendant
Rootstock, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>  v.<br><br>ROOTSTOCK, LLC, a California Limited Liability Company;<br><br>    Defendants. | Case: 5:21-cv-04833-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 6, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff

Dated: October 6, 2021          SILICON VALLEY LAW GROUP

By: /s/ Edward A. Kraus
    Edward A. Kraus
    Attorneys for Defendant
    Rootstock, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Edward A. Kraus, counsel for Rootstock, LLC, and that I have obtained authorization to affix his electronic signature to this document.

Dated: October 6, 2021             CENTER FOR DISABILITY ACCESS

                                   By: /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff